**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6232**

JOEL GARCIA-CALDERON,

Plaintiff - Appellant,

v.

F.C.I. EDGEFIELD WARDEN; RECREATION YARD OFFICERS AND STAFF,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Timothy M. Cain, District Judge. (9:18-cv-02947-TMC)

Submitted: September 24, 2020                                   Decided: September 28, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joel Garcia-Calderon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Garcia-Calderon appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Garcia-Calderon's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garcia-Calderon v. F.C.I. Edgefield Warden*, No. 9:18-cv-02947-TMC (D.S.C. Jan. 28, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*